**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1886**

---

STEPHEN M. SALANIK, a minor; JUNE A. SALANIK,
mother,

             Plaintiffs - Appellants,

   versus

BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY;
MARYLAND STATE BOARD OF EDUCATION; ANNE ARUN-
DEL COUNTY DEPARTMENT OF SOCIAL SERVICES,

             Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge.
(CA-99-1348-S)

---

Submitted: October 21, 1999   Decided: October 26, 1999

---

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

June A. Salanik, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen and June Salanik appeal the district court's orders dismissing their complaint against Defendants for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3) and denying their motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Salanik v. Board of Education, No. CA-99-1348-S (D. Md. May 24 & June 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2